AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Rudy Vigil, <br> _____ <br> *Plaintiff* <br> v. <br> NELNET, INC., JP MORGAN CHASE & CO., and CITIGROUP INC., <br> _____ <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No.   8:07cv266

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nelnet, Inc.
c/o CSC-Lawyers Incorporating Service Company
233 South 13th Street, Suite 1900
Lincoln, NE   68508

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott H. Peters, Esq.
Peters Law Firm P.C.
233 Pearl Street
Council Bluffs, IA  51503-1078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*