IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* RUDY VIGIL, | ) ) ) | Case No. 8:07CV266 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NELNET, INC., JP MORGAN CHASE & CO., and CITIGROUP INC., | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT NELNET, INC.'S MOTION FOR EXTENSION OF TIME

Defendant Nelnet, Inc., ("Nelnet") pursuant to NECivR 6.1(a)(1), hereby moves the Court for an order for an extension of time, until December 24, 2009, in which to file an answer or a motion under Fed. R. Civ P. 12(b) or (e) in response to Plaintiffs' Third Amended Complaint.

Nelnet was served on November 4, 2009, and the original response was to be filed by November 24, 2009, and, therefore, this request is filed before the expiration of the original date for service of a responsive pleading.

NELNET, INC., Defendant,

By:  PERRY, GUTHERY, HAASE
    & GESSFORD, P.C., L.L.O.

By:   s/ Daniel F. Kaplan
     Daniel F. Kaplan (NE Bar #17714)
     Derek A. Aldridge (NE Bar #23541)
     233 South 13th Street, Suite 1400
     Lincoln, Nebraska 68508
     Telephone: (402) 476-9200
     Facsimile:  (402) 476-0094
     Email: dkaplan@perrylawfirm.com
     Email: daldridge@perrylawfirm.com
     Attorneys for Defendant Nelnet, Inc.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Jay D. Majors | J. Bradley Pigott | Edward G. Warin |
| Laurie A. Kelly | Rosalee B. Connell | Thomas J. Kenny |
| | Rosemary M. Rivas | |
| | Scott H. Peters | |
| | Timothy J. Matusheski | |
| | Tracy D. Rezvani | |

I further certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

None

s/ Daniel F. Kaplan
Daniel F. Kaplan

2