AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. Rudy Vigil, | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 8:07cv266 |
| NELNET, INC., JP MORGAN CHASE & CO., and CITIGROUP INC., | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citigroup, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott H. Peters, Esq.
Peters Law Firm P.C.
233 Pearl Street
Council Bluffs, IA 51503-1078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/30/2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/4/09 @ 1:50 pm |
|---|---|
| NAME OF SERVER *(PRINT)* ROBERT DELACY | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X  G  Other (specify): SERVED SCOTT LASCALA, SECTION HEAD PROCESS, AUTHORIZED TO ACCEPT SERVICE FOR CT CORPORATION, 1209 ORANGE ST., WILMINGTON, DE 19801.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $177.00 | TOTAL $177.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-4-09
                 Date

*Signature of Server*

**Capitol Process Services, Inc.**
1627 16th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Order, The Government's Notice of Election to Decline Intervention and Third Amended Complaint (Filed in Camera and Under Seal Under the False Claims Act)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.