# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **RUDY VIGIL,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **8:07CV266** |
| **NELNET INC., JP MORGAN CHASE & CO. and CITIGROUP INC.,** | ) ) ) | **ORDER TO SHOW CAUSE** |
| **Defendants.** | ) | |

The records of the court show that, by letter dated June 15, 2009, attorney Jay D. Majors was directed to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and obtain admittance to practice in the District of Nebraska within fifteen (15) days.

As of December 23, 2009, Mr. Majors has not complied with these requirements.

**IT IS ORDERED:**

1. On or before January 11, 2010, attorney Jay D. Majors shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to Jay D. Majors at his last known address.

**DATED December 23, 2009.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**