# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  *ex rel.* RUDY VIGIL, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV266 |
| NELNET INC., JP MORGAN CHASE & CO. and CITIGROUP INC., | ) ) ) | ORDER |
| Defendants. | ) | |

On the court's own motion,

**IT IS ORDERED** that the parties' Rule 26 Meeting Report deadline, now set for January 25, 2010, is extended to **30 days** following the district court's ruling on the defendants' dispositive motions (Filings Nos. 78, 80 and 82).

**DATED January 7, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**